In the Matter of JOSEPH MIRAGLIA, Appellant, on His Own Behalf and on Behalf of Others Similarly Situated, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York et al., Respondents.

Argued March 28, 1940; decided March 28, 1940.

*Israel Convisser, Samuel Null, Robert H. Haskell* and *Louis Lambert* for appellant.

*Victor Rabinowitz* for George Rogers, respondent.

*William C. Chanler, Corporation Counsel (Russell Lord Tarbox* of counsel), for Board of Elections, respondents.

Orders reversed and application granted, without costs, upon the ground that the alleged alterations have not been shown to have been improperly made. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.